IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TRA'SHOUN D. HOUGES, | § |
| Petitioner, | § |
| v. | § Civil Action No. 7:23-cv-086-O |
| THE 30TH DISTRICT COURT, OF WICHITA COUNTY, TEXAS, | § |
| Respondent. | § |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Mandamus (ECF No. 1) is **DISMISSED** without prejudice.

**SIGNED** this **29th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE